should have been submitted to the jury.  (*Rice* v. *Butler*, 160 N. Y. 578.)  The appellant at the trial claimed that his [her] damages were $250 and there is evidence sustaining such claim.  Judgment reversed on the law and facts, and new trial granted, with costs to the appellant to abide the event, unless the plaintiff stipulates to deduct $250 from the judgment, in which event the judgment is modified accordingly and as so modified unanimously affirmed, without costs.

———

JOHN L. BAME, as Trustee in Bankruptcy of ROBERT H. REID PULP AND LUMBER CORPORATION, Bankrupt, Appellant, v. BENJAMIN F. WITBECK and Others, Respondents, Impleaded with Another, Defendant.— Order unanimously affirmed, with ten dollars costs and disbursements.

JOHN L. BAME, as Trustee in Bankruptcy of ROBERT H. REID PULP AND LUMBER CORPORATION, Bankrupt, Respondent, v. BENJAMIN F. WITBECK, Appellant, Impleaded with Others, Defendants.— Order modified by striking therefrom paragraphs 4 to 9, inclusive, and as so modified unanimously affirmed, without costs.

Before STATE INDUSTRIAL BOARD, Respondent.  DANIEL BYRNE, Respondent, v. P. J. McGOVERN and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that there is no legal proof that the loss of the foot was due to an infection naturally and unavoidably resulting from the accidental injury.  All concur.

AIDA M. BACH, Respondent, v. SAMUEL W. MANN, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

EMMA CAVANAUGH, Appellant, v. FLOYD N. DARLING, Respondent.— Order unanimously affirmed, with costs, the court being of the opinion that any error in the ruling of the court is not prejudicial.

HARVEY D. CAMPBELL, Appellant, v. EDWARD E. CONLON, as Executor, etc., of ARCHIE CAMPBELL, Deceased, Respondent.— Judgment and order unanimously affirmed, with costs.

SARA FYBUSH, Respondent, v. JOSEPH P. FALSEY and Another, Appellants.— Judgment and order reversed on the law and complaint dismissed, with costs, as to the defendant Joseph P. Falsey, on the authority of *Van Blaricom* v. *Dodgson* (220 N. Y. 111) and *Powers* v. *Wilson* (203 App. Div. 232), and judgment and order unanimously affirmed, with costs, as to the defendant Helen Falsey.  All concur.

ORSON GURNSEY, JR., Respondent, v. FRANK DURKEE, Appellant.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent.  WILBUR J. HATCH, Respondent, v. ARENJAY HAT COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent.  MARGARET IRELAND, Respondent, v. MORRIS ASTRACHAN and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the award is based exclusively on uncorroborated hearsay declarations.  All concur.

ROBERT I. JOHNSON, an Infant, by ALEXANDER E. JOHNSON, His Guardian ad Litem, Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF HUDSON,